In the Matter of RONNIE ALLEN, Appellant, v DIVISION OF HUMAN RIGHTS et al., Respondents, and MTA NEW YORK CITY TRANSIT, Respondent. [918 NYS2d 720]—

The challenged determination that there existed no probable cause to believe that respondent New York City Transit Authority had engaged in age and/or national origin discrimination was rationally based and therefore not subject to judicial disturbance (*see Gaskin v Westbourne Assoc., L.P.*, 59 AD3d 362 [2009]; *Matter of Malone v New York City Commn. on Human Rights*, 29 AD3d 364 [2006]; *Matter of McFarland v New York State Div. of Human Rights*, 241 AD2d 108 [1998]). Concur—Tom, J.P., Andrias, Sweeny, Moskowitz and Renwick, JJ.